UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THE ANDREW GOODMAN FOUNDATION and AMANDA SCOTT,<br><br>          Plaintiffs,<br><br>     v.<br><br>MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as Wisconsin Elections Commissioners,<br><br>          Defendants. | Civil Action No. 19-cv-955 |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs THE ANDREW GOODMAN FOUNDATION and AMANDA SCOTT, for the reasons set forth herein and in the memorandum of law and statement of facts filed concurrently with this Motion as supported by the exhibits and declarations submitted therewith, respectfully move for an order preliminarily enjoining the Commissioners of the Wisconsin Elections Commission and their respective agents, officers, employees, and successors, and all persons acting in concert with each or any of them, from implementing, enforcing, or giving any effect to Wisc. Stat. § 5.02(6m)(f) in any way that prohibits or discourages the use of an identification card issued by an accredited university, college, or technical college in Wisconsin for the purpose of voting. Specifically, Plaintiffs seek to enjoin the enforcement of the following restrictions on the use of identification cards issued by an accredited university, college, or technical college in Wisconsin for the purpose of voting: (1) that all student IDs contain an issuance date, (2) that all student IDs contain an expiration date within two years of issuance, (3) that all student IDs contain a signature, and (4) that the student present an

1

accompanying document establishing that he or she is currently enrolled in the college, university, or technical institution ("Student Voter ID Restrictions" or "Restrictions").

Plaintiffs are entitled to a preliminary injunction because they are substantially likely to succeed on the merits of their claim that the Student Voter ID Restrictions were enacted with the discriminatory purpose of burdening young voters on account of their age and in violation of the Twenty-Sixth Amendment. Plaintiffs will also suffer irreparable harm absent relief as the Student Voter ID Restrictions will burden Plaintiff Scott's and the Andrew Goodman Foundation's ("AGF") constituents' right to vote in advance of the 2020 General Election and will force AGF to expend and divert resources to assist young voters in overcoming the burdens imposed by the Restrictions. Moreover, traditional legal remedies will not adequately protect their rights; the harm they will suffer absent a preliminary injunction outweighs harm the State will suffer because of one; and a preliminary injunction is in the public interest. *See Girl Scouts of Manitou Council, Inc. v. Girl Scouts of the U.S.A., Inc.*, 549 F.3d 1079, 1086 (7th Cir. 2008).

Accordingly, for the reasons stated herein as well as in the supporting pleadings, Plaintiffs respectfully request that this Court preliminarily enjoin the Student Voter ID Restrictions in advance of the 2020 General Election.

Dated this 22nd day of January, 2020.    Respectfully submitted,

/s/ *Amanda R. Callais*
David L. Anstaett
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703-3095
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
danstaett@perkinscoie.com

Marc E. Elias
John Devaney
Amanda R. Callais

Stephanie Command
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jdevaney@perkinscoie.com
acallais@perkinscoie.com
scommand@perkinscoie.com

Gillian Kuhlmann
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: (310) 788-3245
Facsimile: (310) 843-1244
gkuhlmann@perkinscoie.com

Yael Bromberg
Chief Counsel for Voting Rights, The Andrew Goodman Foundation
BROMBERG LAW LLC
43 West 43rd Street, Suite 32
New York, NY 10036-7424
Telephone: (212) 869-5083
Facsimile: (201) 586-0427
yaelbromberglaw@gmail.com

*Counsel for the Plaintiffs*