IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE ANDREW GOODMAN FOUNDATION
AND AMANDA SCOTT,

      Plaintiffs,

    v.                                                    Case No. 19-CV-955

MARGE BOSTELMANN, JULIE M.
GLANCEY, ANN S. JACOBS, DEAN
KNUDSON, ROBERT F. SPINDELL, JR., and
MARK L. THOMSEN, in their official capacities
as Wisconsin Elections Commissioners,

      Defendants.

## STIPULATION REGARDING RULE 26(a)(1) DISCLOSURES

      Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), Plaintiffs The Andrew Goodman Foundation and Amanda Scott, and Defendants Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, by their respective counsel, hereby stipulate that the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) shall be made within 30 days of the expiration of the stay that was ordered by the Court on February 5, 2020, Dkt. 25.

**STIPULATED AND AGREED.**

Dated this 12th day of February 2020.

| | |
|---|---|
| s/ Amanda R. Callais<br>AMANDA R. CALLAIS<br><br>Marc E. Elias<br>John Devaney<br>Stephanie Command<br>PERKINS COIE LLP<br>700 Thirteenth St., N.W., Suite 600<br>Washington, D.C. 20005<br>Telephone: (202) 654-6200<br>E-mail: acallais@perkinscoie.com<br>E-mail: melias@perkinscoie.com<br>E-mail: jdevaney@perkinscoie.com<br>E-mail: scommand@perkinscoie.com<br><br><br>David L. Anstaett<br>PERKINS COIE LLP<br>33 East Main Street, Suite 201<br>Madison, WI 53703-3095<br>Telephone: (608) 663-7460<br>Facsimile: (608) 663-7499<br>E-mail: danstaett@perkinscoie.com<br><br>Gillian Kuhlmann<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067-1721<br>Telephone: (310) 788-3245<br>Facsimile: (310) 843-1244<br>E-mail: gkuhlmann@perkinscoie.com<br><br>Yael Bromberg<br>Chief Counsel for Voting Rights, The Andrew Goodman Foundation<br>Bromberg Law LLC | s/ Clayton P. Kawski<br>CLAYTON P. KAWSKI<br>Assistant Attorney General<br><br>Wisconsin Department of Justice<br>17 West Main Street<br>Madison, WI 53703<br>Telephone: (608) 266-8549<br>E-mail: kawskicp@doj.state.wi.us<br<br>*Counsel for Defendants* |

2

| | |
|---|---|
| 43 West 43rd Street, Suite 32<br>New York, NY 10036-7424<br>Telephone: (212) 869-5083<br>Facsimile: (201) 586-0427<br>E-mail: yaelbromberglaw@gmail.com<br><br>*Counsel for Plaintiffs* | |