UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| COMMON CAUSE, COMMON CAUSE WISCONSIN, and BENJAMIN R. QUINTERO,<br><br>                Plaintiffs,<br>v.<br><br>MARK L. THOMSEN, ANN S. JACOBS, BEVERLY R. GILL, JULIE M. GLANCEY, JODI JENSEN, DEAN KNUDSON, *in their official capacities as Commissioners of the Wisconsin Elections Commission*, and MEAGAN WOLFE, *in her official capacity as the Interim Administrator of the Wisconsin Elections Commission*,<br><br>                Defendants. | Civil Action No. 19-cv-323 |
| THE ANDREW GOODMAN FOUNDATION AND AMANDA SCOTT,<br><br>                Plaintiffs,<br>v.<br><br>MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as Wisconsin Elections Commissioners,<br><br>                Defendants. | Civil Action No. 19-cv-955 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to *The Andrew Goodman Foundation, et al. v. Bostelmann, et al.*, No. 19-cv-955, through their undersigned

1

counsel, hereby jointly stipulate to dismissal of this action without prejudice, each party to bear their own costs and attorney fees.

Dated: August 24, 2020.   Respectfully submitted,

| | |
|---|---|
| *Clayton P. Kawski* | *Amanda R. Callais* |
| ERIC J. WILSON | David L. Anstaett |
| Deputy Attorney General of Wisconsin | PERKINS COIE LLP |
| | 33 East Main Street, Suite 201 |
| Clayton P. Kawski | Madison, WI 53703-3095 |
| CLAYTON P. KAWSKI | Telephone: (608) 663-7460 |
| Assistant Attorney General | Facsimile: (608) 663-7499 |
| State Bar #1066228 | danstaett@perkinscoie.com |
| | |
| S. MICHAEL MURPHY | Marc E. Elias* |
| Assistant Attorney General | Amanda R. Callais* |
| State Bar #1078149 | Stephanie Command* |
| | PERKINS COIE LLP |
| Attorneys for Defendants Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, in their official capacities as Wisconsin Elections Commissioners | 700 Thirteenth St., N.W., Suite 600 Washington, D.C. 20005-3960 Telephone: (202) 654-6200 Facsimile: (202) 654-9959 melias@perkinscoie.com acallais@perkinscoie.com scommand@perkinscoie.com |
| Wisconsin Department of Justice | |
| Post Office Box 7857 | |
| Madison, Wisconsin 53707-7857 | Gillian Kuhlmann* |
| (608) 266-8549 (Kawski) | PERKINS COIE LLP |
| (608) 266-5457 (Murphy) | 1888 Century Park East, Suite 1700 |
| (608) 267-2223 (Fax) | Los Angeles, CA 90067-1721 |
| kawskicp@doj.state.wi.us | Telephone: (310) 788-3245 |
| murphysm@doj.state.wi.us | Facsimile: (310) 843-1244 |
| | gkuhlmann@perkinscoie.com |
| | |
| | Yael Bromberg* |
| | Bromberg Law LLC |
| | PO Box 1131 |
| | Glen Rock, NJ, 07452-1131 |
| | Telephone: (201) 280-1969 |
| | Facsimile: (201) 586-0427 |
| | yaelbromberglaw@gmail.com |

*Counsel for The Andrew Goodman Foundation and Amanda Scott*

*\*Admitted Pro Hac Vice*